Louis Lorenz et al., Copartners Doing Business under the Name of Lorenz Printers Machinist Co., Respondents, *v.* Indemnity Insurance Company of North America, Appellant.

Supreme Court, Appellate Term, First Department, November 17, 1949.

*Edward G. Watson* and *George A. Garvey* for appellant.

*Frederick Behr, Jr.,* and *Frederick Behr* for respondent.

*Per Curiam.* It plainly appears that at the time of the " robbery " plaintiffs' messenger or agent was not actually cognizant of the commission of the alleged felonious act as testified; indeed he was not aware of such act. The loss was not by reason of the " robbery " as defined in the policy.

The judgment should be reversed, with $30 costs, and complaint dismissed on the merits, with costs.

PECORA, EDER and HECHT, JJ., concur.

Judgment reversed, etc.